1  Kelly T. Smith 196821
   Jose F. Vergara 251342
2  THE SMITH FIRM
   1541 Corporate Way, Suite 100
3  Sacramento, CA 95831
   Telephone: (916) 442-2019
4  Facsimile: (916) 442-0220

5  Attorneys for Plaintiffs
   YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL
6

7  MELINDA L. HAAG (CSBN 132612)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
10
      450 Golden Gate Avenue, Box 36055
11    San Francisco, California 94102-3495
      Telephone: (415) 436-7155
12    FAX: (415) 436-6927
      neill.tseng@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                    OAKLAND DIVISION

18

19 YUEN HAN LI and JUDY YUEN LI d.b.a. )    No. C 10-02488 LB
   GOLDEN WELL,                        )
20                                     )    **STIPULATION TO ENLARGE TIME**
                                       )    **FOR FILING ANSWER; [PROPOSED]**
21         Plaintiff,                  )    **ORDER**
                                       )
22      v.                             )
                                       )
23 UNITED STATES OF AMERICA,           )
                                       )
24         Defendant.                  )
   _____ )

25         Subject to the approval of the court, the parties hereby stipulate that the date by which

26 defendant is to file its answer in this action, which is currently August 30, 2010, is enlarged to

27 September 13, 2010.  The parties have agreed to and seek this enlargement of time because the

28 defendant is in the process of assembling the administrative record and requires additional time

1    to complete the process and to prepare and file its answer. The parties by this stipulation do not

2    seek to change any other case management date, including the date of the initial case

3    management conference.

4

5    DATED:   8/19/10       By: _____

6                                KELLY T. SMITH

7                                JOSE F. VERGARA

                                Attorneys for Plaintiffs

8

9                                 MELINDA L. HAAG

                                United States Attorney

10

11    DATED:   8/19/10       By: _____

12                                NEILL T. TSENG

                                Assistant United States Attorney

13                                 Attorneys for Defendant

14

15    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

16

17

18    DATED:     8/24/2010

19                      HONORABLE _____ ER

                     UNITED STA_____ JUDGE

                    *(seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Laurel Beeler)*

20

21

22

23

24

25

26

27

28