```
1  Kelly T. Smith 196821
   Jose F. Vergara 251342
2  THE SMITH FIRM
   1541 Corporate Way, Suite 100
3  Sacramento, CA 95831
   Telephone: (916) 442-2019
4  Facsimile: (916) 442-0220

5  Attorneys for Plaintiffs
   YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL
6

7  MELINDA L. HAAG (CSBN 132612)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
10
     450 Golden Gate Avenue, Box 36055
11   San Francisco, California 94102-3495
     Telephone: (415) 436-7155
12   FAX: (415) 436-6927
     neill.tseng@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 10-02488 LB <br><br> **JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM; [PROPOSED] ORDER** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION
PROGRAM; [PROPOSED] ORDER
No. C 10-02488 LB                    1

resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

The parties agree that referral to a formal ADR process is unlikely to be beneficial because this action is limited to plaintiff's request for judicial review of an administrative action by the United States Department of Agriculture permanently disqualifying plaintiffs' convenience store from participating in the Supplemental Nutrition and Assistance Program. Given the substance of the action and the relief sought, it appears at this time that ADR is unlikely to aid in the resolution of this case and may unnecessarily consume the court's time and resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties hereby stipulate and jointly request that the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process. If any party subsequently determines that submission to the formal ADR process would be beneficial to the efficient resolution of this matter, that party may request placement in one of the Court's ADR programs at that time.

DATED: 8/27/10        By: _____
                          KELLY T. SMITH
                          JOSE F. VERGARA
                          Attorneys for Plaintiffs

                          MELINDA L. HAAG
                          United States Attorney

DATED: 8/27/10        By: _____
                          NEILL T. TSENG
                          Assistant United States Attorney
                          Attorneys for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM; [PROPOSED] ORDER
No. C 10-02488 LB                              2

1  ADR Multi-Option Program and are excused from participating in the ADR phone conference
2  and any further formal ADR process. Should any party subsequently determine that submission
3  to the formal ADR process would be beneficial to the efficient resolution of this matter, that
4  party may request placement in one of the Court's ADR programs at that time.
5  **SO ORDERED.**

GRANTED
Judge Laurel Beeler

DATED: 9/2/2010

HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

JOINT REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION
PROGRAM; [PROPOSED] ORDER
No. C 10-02488 LB                    3