Kelly T. Smith 196821
Jose F. Vergara 251342
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA 95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

Attorneys for Plaintiffs
YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7155
FAX: (415) 436-6927
neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C 10-02488 LB<br><br>**STIPULATION AND ~~[PROPOSED]~~ PROTECTIVE ORDER RE: ADMINISTRATIVE RECORD** |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

The parties agree that entry of the following protective order is necessary in order to protect the personal information of Supplemental Nutrition Assistance Program recipients,

including but not limited to their names, home addresses and social security numbers. The parties therefore request that the Court enter the following stipulated protective order.

**STIPULATED PROTECTIVE ORDER**

The Administrative Record (A.R. 1 - A.R. 401) produced by defendant in this action shall be subject to the following restrictions:

1. All information therein shall be used only for the purpose of this litigation and not for any other purpose;

2. No information therein shall be disclosed to anyone other than (a) the attorneys employed by plaintiff and its staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons upon whom the parties mutually agree in writing;

3. There shall be no reproduction of the Administrative Record documents except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Except as otherwise provided in Paragraphs 2 and 3, all Administrative Record documents produced to plaintiffs shall remain in the custody of plaintiffs' attorneys of record during the pendency of the litigation;

5. No later than thirty (30) days after final determination of this litigation, including any appeals, plaintiffs' attorneys shall destroy or return to defendant's counsel all Administrative Record documents produced to plaintiffs, including any copies, extracts or summaries thereof. If the Administrative Record documents are destroyed, plaintiffs' attorneys shall so notify defendant's counsel in writing within seven (7) days of the destruction. Notwithstanding this paragraph, however, plaintiffs' attorneys may retain one copy of each pleading and other document filed with the Court that contains any Administrative Record document; and

6. This Stipulation and Protective Order is without prejudice to the right of any party to seek modification of it from the Court. It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action. The

Court shall have continuing jurisdiction to modify, amend, rescind or enforce this Stipulation and Protective Order notwithstanding the termination of this action.

DATED: 12/2/10

By: KELLY T. SMITH
JOSE F. VERGARA
Attorneys for Plaintiffs

MELINDA L. HAAG
United States Attorney

DATED: 12/3/10

By: NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 12/6/10

HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Laurel Beeler