```
1  Kelly T. Smith 196821
   Jose F. Vergara 251342
2  THE SMITH FIRM
   1541 Corporate Way, Suite 100
3  Sacramento, CA 95831
   Telephone: (916) 442-2019
4  Facsimile: (916) 442-0220

5  Attorneys for Plaintiffs
   YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL
6
7
```

## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEN HAN LI and JUDY YUEN LI, d.b.a. GOLDEN WELL<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. C4:10-CV-02488 LB<br><br>**[~~PROPOSED~~ ORDER]**<br>ENDORSING THE STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER (NON-JURY)<br><br>(FRCP 16)<br><br>Initial trial date:<br><br>July 25, 2011<br><br>**Before the Hon. Magistrate Judge Laurel Beeler** |

**ORDER**

This Curt has reviewed the stipulation by all parties to extend the non-expert and expert discovery cut-off dates, and finding that good cause for the order having been shown, therefore,

IT IS ORDERED that the stipulation to extend the non-expert and expert discovery cut-off dates is endorsed by this Court, and that the September 17, 2010 pretrial scheduling order is modified as reflecting the following changes:

a) All non-expert discovery is to be completed by January 14, 2011.

b) Expert disclosure is to be completed by January 14, 2011.

c) Rebuttal expert witness disclosure is to be completed by February 4, 2011.

d) Expert discovery is to be completed by February 25, 2011.

Dated:   12/9/10              By: _____
                                   LAUREL BEELER
                                   United States Magistrate Judge

*APPROVED*
*Judge Laurel Beeler*