Kelly T. Smith 196821
Jose F. Vergara 251342
THE SMITH FIRM
1541 Corporate Way, Suite 100
Sacramento, CA 95831
Telephone: (916) 442-2019
Facsimile: (916) 442-0220

Attorneys for Plaintiffs
YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 10-02488 LB<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION TO BE PRODUCED BY DEFENDANT** |

    Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

    The parties agree that entry of the following protective order is necessary in order to protect the confidential proprietary information of retail markets participating in the

STIP. & [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFO. TO BE PRODUCED BY DEF.
No. C 10-02488 LB                                 1

1  Supplemental Nutrition Assistance Program ("SNAP") and/or the confidential personal
2  information of SNAP recipients, such as their names, home addresses and social security
3  numbers. The parties therefore request that the Court enter the following stipulated protective
4  order.

## STIPULATED PROTECTIVE ORDER

All documents and electronically stored information produced by defendant in this action which are designated in writing as being "Produced Under Protective Order" (the "Protected Documents") shall be subject to the following restrictions:

1. All information therein shall be used only for the purpose of this litigation and not for any other purpose;

2. No information therein shall be disclosed to anyone other than (a) the attorneys employed by plaintiff and its staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons upon whom the parties mutually agree in writing;

3. There shall be no reproduction of the Protected Documents except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Except as otherwise provided in Paragraphs 2 and 3, all of the Protected Documents produced to plaintiffs shall remain in the custody of plaintiffs' attorneys of record during the pendency of the litigation;

5. No later than thirty (30) days after final determination of this litigation, including any appeals, plaintiffs' attorneys shall destroy or return to defendant's counsel all of the Protected Documents produced to plaintiffs, including any copies, extracts or summaries thereof. If the Protected Documents are destroyed, plaintiffs' attorneys shall so notify defendant's counsel in writing within seven (7) days of the destruction. Notwithstanding this paragraph, however, plaintiffs' attorneys may retain one copy of each pleading and other document filed with the Court that contains any Protected Document; and

STIP. & [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFO. TO BE PRODUCED BY DEF.
No. C 10-02488 LB                                      2

1     6.     This Stipulation and Protective Order is without prejudice to the right of any party to seek modification of it from the Court. It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action. The Court shall have continuing jurisdiction to modify, amend, rescind or enforce this Stipulation and Protective Order notwithstanding the termination of this action.

DATED: 12/16/10      By: _____
                                KELLY T. SMITH
                                JOSE F. VERGARA
                                Attorneys for Plaintiffs

MELINDA L. HAAG
United States Attorney

DATED: 12/17/10      By: _____
                                NEILL T. TSENG
                                Assistant United States Attorney
                                Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 12/21/10      _____
                                HONORABLE LAUREL BEELER
                                UNITED STATES MAGISTRATE JUDGE

[APPROVED stamp: Judge Laurel Beeler — United States District Court, Northern District of California]