UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| YUEN HAN LI, *et al.* | No. C 10-02488 LB |
| Plaintiffs, | **ORDER RE CASE MANAGEMENT DATES** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On January 5, 2011, the parties filed a stipulation to modify the case management dates set in the court's September 17, 2010 order. (Stipulation, ECF No. 31; 9/17/10 Order, ECF No. 22.) Accordingly the court modifies the case management dates as follows:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 3/3/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 3/3/2011 |
| Rebuttal expert disclosures | 3/18/2011 |
| Expert discovery completion date | 4/18/2011 |
| Last hearing date for dispositive motions | 6/16/2011, at 11:00 a.m. |
| Meet and confer re pretrial filings | 8/16/2011 |
| Pretrial filings due | 8/25/2011 |

C 10-02488

| | |
|---|---|
| Oppositions, Objections, Exhibits, and Depo Designations due | 9/1/2011 |
| Final Pretrial Conference | 9/15/2011, at 1:30 p.m. |
| Trial | 9/26/2011, at 8:30 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: January 10, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-02488