UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| YUEN HAN LI and JUDY YUEN LI d.b.a. GOLDEN WELL,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>_____/ | No. C 10-02488 LB<br><br>**ORDER RE PRETRIAL HEARING DATE**<br><br>[ECF No. 55] |

The court rescheduled the pretrial conference from 1:30 p.m. on September 15, 2011, to 1:30 p.m. on September 13, 2011. ECF No. 54 at 1.[1] Shortly thereafter, counsel for Defendant informed the court of a scheduling conflict. ECF No. 55 at 1. Counsel for Defendant confirmed that he and Plaintiffs' counsel were available at 9:30 a.m. on September 13, 2011. Accordingly, the court **RESCHEDULES** the pretrial hearing from 1:30 p.m. to 9:30 a.m. on September 13, 2011. The pretrial filings remain due on September 1, 2011.

**IT IS SO ORDERED.**

Dated: August 30, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Citations are to the docket numbers in the Electronic Case File (ECF) with pin cites to the electronically-stamped pages at the top of the document (as opposed to numbers at the bottom).

ORDER GRANTING MOTION TO COMPEL
C 10-02488 LB